IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| RODNEY MANGON LANE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 623-041 |
| ) | |
| UNIT MANAGER MS. MARTIN; ) | |
| MEDICAL SERVICES; ) | |
| WARDEN ADAMS; and ) | |
| DEPUTY WARDEN McFARLEY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 1ST day of September, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA