AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODNEY MANGON LANE, SR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 623-041

UNIT MANAGER MS. MARTIN; MEDICAL SERVICES; WARDEN ADAMS; and DEPUTY WARDEN McFARLEY,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated September 1, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice, and this civil action stands closed.



September 1, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*Candy Asbell* (signature)
(By) Deputy Clerk

GAS Rev 10/2020